NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO ESTRADA,                            )
                                            )
                Appellant,          )
                                            )
v.                                          )          Case No. 2D17-434
                                            )
STATE OF FLORIDA,                           )
                                            )
                Appellee.           )
_____)

Opinion filed August 29, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender and
Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, SLEET, and LUCAS, JJ., Concur.